### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### HELENA DIVISION

JAMES W. MCLANE AND MONICA MCLANE,                          PLAINTIFFS
as Co-Special Administrators of the Estate of
Barbara Jean McLane, Deceased et al.

v.                                    CASE NO. 2:11CV00101 BSM

RICH TRANSPORT INC.
d/b/a RICH LOGISTICS et al.                                  DEFENDANTS

### ORDER

Plaintiffs' motion to compel [Doc. No. 29] is granted.

Although the evidence might not be admissible at trial, plaintiffs' discovery requests "appear reasonably calculated to lead to the discovery of admissible evidence." Fed. R. Civ. P. 26(b)(1). Furthermore, the minimal burden and expense this order will impose upon defendants weighs in favor of production. *Id.* at (b)(2)(C)(iii).

Accordingly, defendants are hereby directed to produce, within thirty days:

1.      Campos's cell phone records for the time period of January 26, 2011, through February 10, 2011, including incoming and outgoing calls and all text messages or any other data reflected on the bills for those dates; and

2.      Campos's driver's logs and the graph grid required by 49 C.F.R. § 395.8(g)for the day of the collision on February 9, 2011, and for the preceding six months.

IT IS SO ORDERED this 19th day of March 2012.

_____
UNITED STATES DISTRICT JUDGE