**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

**JAMES W. MCLANE AND MONICA MCLANE**
**AS CO-SPECIAL ADMINISTRATORS OF THE**
**ESTATE OF BARBARA JEAN MCLANE, DECEASED**
**AND ON BEHALF OF THE WRONGFUL DEATH**
**BENEFICIARIES OF BARBARA JEAN MCLANE;**
**THOMAS D. WALDRON, AS SUCCESSOR**
**SPECIAL ADMINISTRATOR OF THE ESTATE OF**
**AIDEN JAMES WINSLOW MCLANE, DECEASED**
**AND ON BEHALF OF THE WRONGFUL DEATH**
**BENEFICIARIES OF AIDEN JAMES WINSLOW MCLANE;**
**AND CYNTHIA PARSONS-GASS, AS GUARDIAN AD LITEM**
**FOR AUBRIE LYNN MCLANE AND**
**ALYSSA LEANN PARSONS, MINORS**                     **PLAINTIFFS**

**v.**                          **No. 2:11-cv-00101 KGB**

**RICH TRANSPORT, INC. d/b/a RICH LOGISTICS;**
**AAA COOPER TRANSPORTATION, INC.; JERRY SMITH;**
**AND FLORENTINO CAMPOS**                            **DEFENDANTS**

**ORDER**

Don Elliot, Melody Piazza, John Trice, Jeff Fletcher, Christy Comstock, Jason Wales, and

Louis Etoch, counsel in this matter, and their support staff, Frans Schimper, Diane DeVault, Sonja

McCaleb, and Kim Wibert, are hereby authorized to bring a cell phone, laptop computer, or personal

digital assistant into the courthouse in Helena, Arkansas, on Monday, September 24, 2012, through

the duration of the trial subject to the following rules:

(a)     The devices mentioned above may not be used to record, photograph, or film anyone

or anything inside the courthouse.

(b)     Cell phones must be turned off and put away when in the courtroom.

(c)     Wireless internet components of electronic devices must be deactivated when in

district courtrooms.

(d)     Before persons with electronic devices are granted entry into the courthouse, all

devices must be examined by the United States Marshals Service or Court Security

Personnel.  This examination includes, but is not limited to placing the device

through electronic screening machines and requiring the person possessing the

device to turn the power to the device off and on.

(e)     The United States Marshals Service may further restrict electronic devices from

entering the building should a threat assessment so dictate.

A violation of paragraph (a), (b), or (c) may result in seizure of the electronic device,

withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions.  A

violation of the prohibition on recording, photographing, or filming anyone or anything inside the

courthouse may be punished as contempt of court.

SO ORDERED this 20th day of September, 2012.

_____
Kristine G. Baker
United States District Judge